# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2019

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

Ordered
12-5-19
/s/ Alvin K. Hellerstein

Re:   **United States v. Montana Vasquez**
      **19 Cr. 034 (AKH)**

Dear Judge Hellerstein,

As directed by the Court, we write to memorialize the request for a temporary bail modification that we made at yesterday's status conference. Specifically, Mr. Vasquez requests permission to travel to Fresno, California from December 18 to December 27, 2019 to spend time with his mother and father and other family members for the Christmas holiday. This request is made in place of our previous request for international travel.

As stated on the record, the parties have conferred and the Government by Assistant United States Attorney Elinor Tarlow consents to this request based on Pretrial's representation that they can electronically monitor Mr. Vasquez during the proposed travel and can require him to report as directed. Mr. Vasquez will provide the details of his itinerary to Pretrial Officer Andrew Kessler-Cleary in advance of the trip.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Vasquez
212-417-8729

cc:   Elinor Tarlow (by ECF)
      Assistant United States Attorney

      Andrew Kessler-Cleary (by email)
      Pretrial Services Officer