# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 2, 2020

**VIA ECF and FAX**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-7942

So ordered
3-2-2020
/s/ AKHellerstein

Re:   United States v. Montana Vasquez
      19 Cr. 034 (AKH)

Dear Judge Hellerstein,

We write to request that the Court temporarily modify Mr. Vasquez's bail conditions so that he may travel to California from March 4-14, 2020 to attend his best friend's wedding in Santa Barbara, CA, and birthday celebrations for his father and nephew in Fresno, CA. If approved, Mr. Vasquez will provide his itinerary to Pretrial Services. Because Mr. Vasquez is subject to electronic monitoring, Pretrial Services will monitor Mr. Vasquez via GPS during his trip.

Pretrial Services, by Officer Andrew Kessler-Cleary, has no objection to this request. The Government, by Assistant United States Attorney Elinor Tarlow, adopts Pretrial's position.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Vasquez
212-417-8729

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY
> DOC #: _____
> DATE FILED: 3/2/2020

cc:   Elinor Tarlow (by ECF)
      Assistant United States Attorney

      Andrew Kessler-Cleary (by email)
      Pretrial Services Officer