**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2020

<u>**VIA ECF and Email**</u>
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered.

/s/ Alvin K. Hellerstein
6/12/2020

**Re:** <u>**United States v. Montana Vasquez**</u>
   **19 Cr. 034 (AKH)**

Dear Judge Hellerstein,

We write to request that the Court temporarily modify Mr. Vasquez's bail conditions so that he may travel to a family gathering in Arkansas from June 16-23, 2020. Pretrial Services by Officer Carlos Ramirez consents to this request. The government by Assistant United States Attorney Elinor Tarlow defers to Pretrial's position.

For the duration of the trip, Mr. Vasquez will be staying at the home of his sister, Camie Pizana, in Fort Smith, Arkansas. Their parents and other siblings will also be joining them, so that they can celebrate their mother's birthday (which is today) all together. Officer Ramirez spoke with Mr. Vasquez's sister and confirmed the details of the trip. Pretrial Services will continue to monitor Mr. Vasquez via GPS during his trip and Mr. Vasquez will use personal protective equipment, such as a mask and gloves and disinfectant, during his travel.

If this request is approved, Mr. Vasquez will provide a written itinerary to Pretrial Services. Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Vasquez
212-417-8729


cc:   Elinor Tarlow (by ECF)
      Assistant United States Attorney

      Carlos Ramirez (by email)
      Pretrial Services Officer