# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2020

*Sentencing is adjourned until August 25, 2020 at 9:00 a.m.*
*[signature] 7/9/2020*

**VIA ECF and EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Montana Vasquez**
      **19 Cr. 034 (AKH)**

Dear Judge Hellerstein,

        I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for July 22, 2020, for approximately 30 days.  I have conferred with the government, by Assistant United States Attorney Elinor Tarlow, who consents to this request.

        The parties hope the sentencing can proceed in person on the newly-selected date; if that is not possible due to COVID-19, the parties will confer regarding the appropriateness of a remote sentencing.  The requested adjournment will also allow us to collect the final documentation that is necessary to present at sentencing.

        Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Montana Vasquez