# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2020

*Sentencing is adjourned until September 15, 2020 at 12:00 p.m.*

*/s/ Alvin K. Hellerstein*
*8-12-2020*

**VIA ECF and EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Montana Vasquez**
       **19 Cr. 34 (AKH)**

Dear Judge Hellerstein,

        I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for August 25, 2020, for approximately 2 weeks.  I have conferred with the government, by Assistant United States Attorney Elinor Tarlow, who consents to this request.

        I have spoken with the government and the parties are prepared to appear in person on the newly-selected date, if the Court is conducting in-person appearances at that time.  If the Court is not conducting in-person appearances, the parties are prepared to proceed remotely and we believe that the Court can make findings pursuant to the CARES Act for a remote proceeding.

        In addition, we are in the final stages of collecting the documentation that we need to effectively represent Mr. Vasquez at sentencing; the process has been slowed by the logistical impediments of the pandemic.  We believe the requested adjournment will enable us to complete the process.

        Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Montana Vasquez