# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2020

**VIA ECF and EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Montana Vasquez**
    19 Cr. 034 (AKH)

*So Ordered*
/s/ A.K. Hellerstein
9-29-2020

Dear Judge Hellerstein,

On September 22, the Court sentenced Mr. Vasquez to time served and 2 years of supervised release. Dkt. No. 45.

Mr. Vasquez wishes to travel to California this week, to attend the birthday celebration of a close friend in Orange County, California (who wrote a letter of support to Your Honor in advance of Mr. Vasquez's sentencing), followed by a visit to his parents' home in Fresno, California. He requests to travel from September 30, to October 9, 2020. As the Court is aware, Mr. Vasquez was granted permission to travel multiple times during his 20 months of Pretrial supervision and did so without incident.

Ordinarily, we would make this request to the Probation Department – however, I spoke with the Probation Department this morning and Mr. Vasquez still has not been assigned an officer. Therefore, I was told that during this interim period, I could seek permission directly from the Court.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Montana Vasquez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2020