# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2020

**VIA ECF and EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: So Ordered /s/ A.K. Hellerstein 12-14-2020]*

Re:   **United States v. Montana Vasquez**
      **19 Cr. 034 (AKH)**

Dear Judge Hellerstein,

On September 22, the Court sentenced Mr. Vasquez to time served and 2 years of supervised release. Dkt. No. 45.

I write to request the release of Mr. Vasquez's passport, which was surrendered to the United States Pretrial Services Office in the Southern District of New York, as a condition of his bail. I have spoken with Pretrial Services, who informed me that they are still in possession of the passport and can release it with a Court Order.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Montana Vasquez